UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>FELISHA TIAJUANA ANDERSON<br><br>Debtor | Chapter 13<br><br>Case No. 25-10670-KHK |

## MOTION TO DISMISS, NOTICE OF MOTION TO DISMISS AND NOTICE OF SCHEDULED HEARING ON THIS MOTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Violation of 11 U.S.C. §1307(c)(6)** – Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1. Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Felisha Tiajuana Anderson, Case #25-10670-KHK

***Attend the hearing to be held on February 12, 2026 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 1414 Prince Street, Suite 202
> Alexandria, VA 22314

> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _January 7, 2026_____               __/s/ Thomas P. Gorman_____
                                           Thomas P. Gorman
                                           Chapter 13 Trustee
                                           1414 Prince Street, Suite 202
                                           Alexandria, VA 22314
                                           (703) 836-2226
                                           VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 7th day of January, 2026, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Felisha Tiajuana Anderson | Suad Bektic |
| Chapter 13 Debtor | Attorney for Debtor |
| 12615 Valleywood Drive | New Day Legal |
| Woodbridge, VA 22192 | 8500 Mayland Dr |
| | Henrico, VA 23294 |

                                           __/s/ Thomas P. Gorman_____
                                           Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 01/07/2026

CASE NO: 25-10670-KHK
STATUS: ACTIVE

DEBTOR: XXX-XX-0334
ANDERSON, FELISHA TIAJUANA
AKA:
12615 VALLEYWOOD DRIVE
WOODBRIDGE, VA 22192

DATE FILED: 03/31/2025
CONFIRMED: 09/22/2025
LATEST 341: 05/06/2025
PERCENTAGE: 100.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 06/2025
ON SCHEDULE: 28,200.00
ACTUAL PAYMENTS: 21,255.00
AMOUNT BEHIND: 6,945.00

ATTORNEY: NEW DAY LEGAL
NEW DAY LEGAL
8500 MAYLAND DR
HENRICO, VA 23294
Phone: 804 997-7395  Fax: 888 612-0943

SCHEDULE: 3,315.00 MONTHLY
TOTAL PAID: 21,255.00

### LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 12/31/25 | NASA FCU | 1,000.00 |
| 12/01/25 | NASA FCU | 2,000.00 |
| 11/03/25 | NASA FCU | 2,315.00 |
| 10/20/25 | NASA FCU | 1,000.00 |
| 08/27/25 | NASA FCU | 3,470.00 |
| 08/01/25 | NASA FCU | 3,160.00 |
| 06/30/25 | NASA FCU | 2,770.00 |
| 05/30/25 | NASA FCU | 2,770.00 |
| 04/29/25 | NASA FCU | 2,770.00 |

### DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 004 | 355804 | VHDA | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 022 | 355639 | U.S. DEPARTMENT OF HUD | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

### PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | IRS* | INTERNAL REVENUE SERVICE | FIX 12/2025 | SEC 100.00 | | 1,100.00 0.00 | 65,296.42 65,296.42 | 65,296.42 65,296.42 | 9,900.00 0.00 | 55,396.42 0.00 |
| 001 | IRS* | INTERNAL REVENUE SERVICE | PRO 12/2025 | PRI 100.00 | | 0.00 0.00 | 2,570.95 2,570.95 | 2,570.95 2,570.95 | 1,397.00 0.00 | 1,173.95 0.00 |
| 001 | IRS* | INTERNAL REVENUE SERVICE | PRO | UNS 100.00 | | 0.00 0.00 | 2,927.76 2,927.76 | 2,927.76 2,927.76 | 0.00 0.00 | 2,927.76 0.00 |
| 002 | 345015 | ONEMAIN FINANCIAL UNSECURED PORTION | PRO | UNS 100.00 | | 0.00 0.00 | 15,667.92 15,667.92 | 15,667.92 15,667.92 | 0.00 0.00 | 15,667.92 0.00 |
| 002 | 345015 | ONEMAIN FINANCIAL | FIX 12/2025 | SEC 100.00 | 07/15/2025 8.0000 | 258.00 0.00 | 11,525.00 11,525.00 | 11,525.00 11,525.00 | 2,188.47 391.53 | 9,336.53 62.24 |
| 003 | 355804 | VHDA ALLOW & PAY PER FILED CLAIM | PRO 09/2025 | SEC 100.00 | | 0.00 0.00 | 743.25 0.00 | 743.25 743.25 | 743.25 0.00 | 0.00 0.00 |
| 005 | 343612 | JEFFERSON CAPITAL SYSTEMS, LLC | PRO | UNS 100.00 | | 0.00 0.00 | 1,461.72 1,461.00 | 1,461.72 1,461.72 | 0.00 0.00 | 1,461.72 0.00 |
| 006 | 355712 | KOHLS/CAPITAL ONE | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 717.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 007 | 354920 | CAPITAL ONE | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 1,933.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 008 | 352031 | SW CREDIT FOR COMCAST | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 1,048.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 009 | 349414 | FLAGSHIP CREDIT ACCEPTANCE | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 3,904.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 010 | 355229 | QUANTUM3 GROUP LLC | PRO | UNS 100.00 | | 0.00 0.00 | 924.85 924.00 | 924.85 924.85 | 0.00 0.00 | 924.85 0.00 |
| 011 | 321970 | MERRICK BANK | PRO | UNS 100.00 | | 0.00 0.00 | 1,995.11 2,234.00 | 1,995.11 1,995.11 | 0.00 0.00 | 1,995.11 0.00 |
| 012 | LVNV | LVNV FUNDING LLC | PRO | UNS 100.00 | | 0.00 0.00 | 23,434.12 23,434.00 | 23,434.12 23,434.12 | 0.00 0.00 | 23,434.12 0.00 |
| 013 | 348099 | NETCREDIT | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 2,847.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 014 | 349967 | OKINUS | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 3,740.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.

Case Power® 14.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 01/07/2026

CASE NO: 25-10670-KHK
STATUS: ACTIVE

DEBTOR: XXX-XX-0334
ANDERSON, FELISHA TIAJUANA

SCHEDULE:    3,315.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 015 | 356773 | FIRST ELECTRONIC BANK | PRO | UNS 100.00 | | 0.00 0.00 | 3,170.96 1,322.00 | 3,170.96 3,170.96 | 0.00 0.00 | 3,170.96 0.00 |
| 016 | 320503 | PENTAGON FEDERAL CREDIT UNION | PRO | UNS 100.00 | | 0.00 0.00 | 2,241.23 2,241.00 | 2,241.23 2,241.23 | 0.00 0.00 | 2,241.23 0.00 |
| 017 | 356931 | PRUDENTIAL FINANCIAL | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 16,600.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 018 | 354126 | MRV BANKS | PRO | UNS 100.00 | | 0.00 0.00 | 221.63 221.00 | 221.63 221.63 | 0.00 0.00 | 221.63 0.00 |
| 019 | 356932 | TRANSWORLD | PRO | UNS 100.00 | | 0.00 0.00 | 0.00 743.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 020 | 352479 | QUANTUM3 GROUP LLC | PRO | UNS 100.00 | | 0.00 0.00 | 9,760.87 9,760.87 | 9,760.87 9,760.87 | 0.00 0.00 | 9,760.87 0.00 |
| 021 | 354260 | ONEMAIN FINANCIAL | PRO | UNS 100.00 | | 0.00 0.00 | 2,153.02 2,153.00 | 2,153.02 2,153.02 | 0.00 0.00 | 2,153.02 0.00 |
| 023 | 349876 | VERIZON BY AMERICAN INFOSOURCE UNLISTED - NO RESP.- ALLOW & PAY | PRO | UNS 100.00 | | 0.00 0.00 | 125.10 0.00 | 125.10 125.10 | 0.00 0.00 | 125.10 0.00 |
| 799 | BEKTIC | NEW DAY LEGAL | PRO 09/2025 | ATY 100.00 | | 0.00 0.00 | 4,250.00 6,750.00 | 4,250.00 4,250.00 | 4,250.00 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 1,464.75 | 1,464.75 | |
| | | | | TOTALS: | | 1,358.00 0.00 | 148,469.91 180,020.92 | 149,934.66 149,934.66 | 19,943.47 391.53 | 129,991.19 62.24 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 6,750.00 | 2,570.95 | 76,821.42 | 93,878.55 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 4,250.00 | 2,570.95 | 77,564.67 | 64,084.29 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 4,250.00 | 1,397.00 | 12,831.72 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 1,173.95 | 64,732.95 | 64,084.29 | 0.00 | DUE CREDITORS: | 130,053.43 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 62.24 | 0.00 | 0.00 | EXPECTED ADMIN: | 12,771.44 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 920.00 |
| BALANCE DUE: | 0.00 | 0.00 | 1,173.95 | 64,795.19 | 64,084.29 | 0.00 | APPROX BALANCE: | 141,904.87 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Case Power® 14.5