UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

Felisha Tiajuana Anderson

Debtor(s)

Chapter 13

Case No.  25-10670-KHK

### ORDER OF DISMISSAL

      This matter came on by request of the Trustee for Dismissal of this proceeding pursuant to 11 U.S.C. 1307.  Notice thereof having been given in accordance with Rule 2002, and it appearing to the court that adequate cause does exist and that it is in the best interest of the creditors and this estate that this proceeding be dismissed, it is

      ORDERED, that these proceedings under Chapter 13 of the Code be and they hereby are dismissed, and it is further

      ORDERED, that any interest earned and attributable to Plan payments made in this Chapter 13 case is hereby awarded to the office of the Chapter 13 Trustee of this Court as actual and necessary expenses pursuant to 11 U.S.C. 330(a)(1)(B), and it is further

      ORDERED, that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The Trustee need not file a final report in this case unless property or money is administered.

      If the debtor(s) has been making payments by payroll deduction, the employer as set forth in that Order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

Feb 13 2026

/s/ Klinette H Kindred
Klinette H. Kindred
U. S. Bankruptcy Judge

Entered On Docket: Feb 13 2026

I Ask For This:

/s/ Thomas P. Gorman
Thomas P. Gorman, Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Order of Dismissal, Page 2
Felisha Tiajuana Anderson
Case #25-10670-KHK

Local Rule 9022-1(C) Certification

The foregoing order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Felisha Tiajuana Anderson
Chapter 13 Debtor
12615 Valleywood Drive
Woodbridge, VA  22192

Suad Bektic
Attorney for Debtor
New Day Legal
8500 Mayland Dr
Henrico, VA  23294

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA  22314